UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION


DONALD LAMAR MAY,

     Plaintiff,

v.                                                                  Case No. 3:23cv24015-LC-HTC

CHILDREN & FAMILY SERVICES,
CAREGIVER JOSEPHINE DAVIS,
MANAGER JEFFERY MAY,

     Defendants.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on October 27, 2023 (ECF No. 9), recommending this case be dismissed due to Plaintiff's failure to prosecute and failure to comply with Court orders. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (ECF No. 9) is adopted and incorporated by reference in this order.

2.      This case is DISMISSED WITHOUT PREJUDICE due to Plaintiff's

failure to prosecute and failure to comply with Court orders.

3.      The clerk shall close the file.

**DONE AND ORDERED** this 6th day of December, 2023.


       s/L.A. Collier

**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**